DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLET ADOLPHE,**
Appellant,

v.

**PALM BEACH COUNTY,**
Appellee.

No. 4D21-1351

[November 24, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley C. Zuckerman, Judge; L.T. Case Nos. 50-2018-CO-008506-AXXX-MB and 50-2020-AP-000011-AXXX-MB.

Willet Adolphe, West Palm Beach, pro se.

Helene C. Hvizd, Senior Assistant County Attorney, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) (holding that "[w]ithout a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory," and "[w]ithout knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal"); *Esaw v. Esaw*, 965 So. 2d 1261, 1264 (Fla. 2d DCA 2007) ("The most salient impediment to meaningful review of the trial court's decision is not the absence of findings, but the absence of a transcript.").

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***